# IN RE PETITION OF S. R. A. INC.[1]

April 13, 1945.

No. 33,953.

*Otis, Faricy & Burger,* for appellant.

*J. A. A. Burnquist,* Attorney General, *George B. Sjoselius,* Deputy Attorney General, *James F. Lynch,* County Attorney, and *Andrew R. Bratter,* Assistant County Attorney, for the State.

MATSON, JUSTICE.

This case, pertaining to the 1941 tax assessment, is a companion to In re Petition of S. R. A. Inc. 219 Minn. 493, 18 N. W. (2d) 442, pertaining to the 1940 tax assessment, opinion in which is filed herewith. For the reasons stated in the aforesaid opinion, the decision in In re Petition of S. R. A. Inc. 213 Minn. 487, 7 N. W. (2d) 484, is controlling, and the judgment appealed from is affirmed.

Affirmed.

[1]Reported in 18 N. W. (2d) 455.